HAROLD J. LEIDER, Appellant, v. EIGHTY WILLIAM ST. CO., INC., Respondent.—

Hopkins, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.